7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Adrienne Brooke St. Clair  
*Debtor*

*Bankruptcy Case No.*  
13–41843–drd7

**United States Trustee**  
   Plaintiff(s)

*Adversary Case No.*  
13–04158–drd

v.

**Kathryn R. Persley**  
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: No later than December 12, 2013, the Defendant shall refund to Debtor Adrienne St. Clair all fees in excess of $150 and provide proof to the United States Trustee; and

Defendant Kathryn R. Persley is hereby enjoined from acting as a bankruptcy petition preparer in the Western District of Missouri both in her individual capacity and through SOS Financial Services, Inc.

                                    Ann Thompson  
                                    Court Executive

                                    By: /s/ Kim McClanahan  
                                        Deputy Clerk



Date of issuance: 12/5/13

Court to serve